JS - 6

O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ELIZABETH AND EARNEST HECKARD, | ) | NO. ED CV 13-1467-JGB(E) |
| Plaintiffs, | ) | |
| v. | ) | JUDGMENT |
| TIMOTHY JACKSON, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: June 12, 2014.

_____
                JESUS G. BERNAL
           UNITED STATES DISTRICT JUDGE